Theodore V. H. Mayer
Vilia B. Hayes
Robb W. Patryk
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|  |  |
|---|---|
| SAMUELLA CADWELL and ALBERT D. CADWELL, WILBERT E. CORPREW, et ux. CAROL CORPREW, ELSA PLOCEK, et ux. MARIAN PLOCEK, and RONALD H. SCHAFFER, et ux. BEVERLY SCHAFFER, | **Civ. No.:** 08 Civ 3068 |
| Plaintiffs, | **DECLARATION OF SERVICE AND FILING** |
| -against- | |
| MERCK & CO., INC., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to 28 U.S.C. § 1746, JENNIFER ALPERN HECHT declares:

1.    I am over the age of 18 years and I am not a party to this action. I am associated with the firm of Hughes Hubbard & Reed LLP, attorneys for Defendant Merck & Co., Inc.

2.    On March 26, 2008, the Notice of Removal of Defendant Merck & Co., Inc. was duly filed in the United States District Court for the Southern District of New York.

3.    On March 27, 2008, I caused a true and accurate copy of the Notice of Removal and the Notice of Filing of Notice of Removal of Defendant Merck & Co., Inc.

60250140-1                                           1

to be served via first-class mail, postage prepaid, on plaintiff's counsel, Ronald R.

Benjamin, Esq., Law Office of Ronald R. Benjamin, 126 Riverside Drive, P.O. Box 607,

Binghamton, NY 13902-0607.

    4.    On March 28, 2008, the Notice of Filing of Notice of Removal of

Defendant Merck & Co., Inc. was duly filed in the Supreme Court of the State of New

York, County of New York.

    I declare under penalty of perjury that the foregoing is true and correct.

                                        Jennifer Alpern Hecht