UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
SAMUELLA CADWELL and ALBERT D. CADWELL,

                            Plaintiff,                  **NOTICE OF CROSS-MOTION**
-vs-                                                                    Case No. 08-Civ-3068

MERCK & CO., INC.,

                            Defendant.
-----------------------------------------------------------------

      PLEASE TAKE NOTICE that upon the attorney affirmation of Ronald R. Benjamin, dated the 10th day of April, 2008, and the Defendant's Notice of Removal and exhibits, and the accompanying Memorandum of Law, dated April 10, 2008, and upon all the pleadings and prior proceedings heretofore had, served and/or filed herein, plaintiff will cross-move this Court, before the Honorable George B. Daniels at a date to be set by the Court, in the United States Courthouse for the Southern District of New York, for an order pursuant to 28 U.S.C. §1447(c) remanding this action back to the New York State Supreme Court for the County of New York from which it was improperly removed by defendant Merck & Co., Inc., on the grounds of alleged fraudulent joinder and other allegations of tactically avoiding removal, and will seek such other and further relief as is just and proper.

Dated: April 10, 2008
       Binghamton, New York

                                                      _____
                                                      RONALD R. BENJAMIN  Fed. Bar No. 101131
                                                      LAW OFFICE OF RONALD R. BENJAMIN
                                                        Attorneys for Plaintiff
                                                        126 Riverside Drive, P. O. Box 607
                                                        Binghamton, New York 13902
                                                        607/772-1442

TO:    Theodore V. H. Mayer, Esq.
         Vilia B. Hayes, Esq.
         Robb W. Patryk, Esq.
         HUGHES HUBBARD & REED LLP
         Attorneys for Defendant Merck & Co., Inc.
         One Battery Park Plaza
         New York, New York 10004-1482

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
SAMUELLA CADWELL and ALBERT D. CADWELL,

                Plaintiff,                **ATTORNEY AFFIRMATION**

-vs-                                        Case No. 08-Civ-3068

MERCK & CO., INC.,
                Defendant.
-----------------------------------------------------------------
STATE OF NEW YORK    )
                            ) ss:
COUNTY OF BROOME    )

      RONALD R. BENJAMIN, an attorney duly admitted to practice in the State of New York, hereby affirms under penalty of perjury as follows:

      1. I am the attorney for the plaintiff and make this affirmation in support of plaintiff's opposition to the defendant's motion to stay the proceedings pending a decision on transfer by the Judicial Panel on Multi-District Litigation.

      2. This affirmation further supports the plaintiff's instant cross-motion to remand this action back to the New York State Supreme Court for the County of New York from which it was removed by defendant Merck & Co., Inc., on the grounds of alleged tactical avoidance of removal, which appears to also suggest fraudulent joinder.

      3. Plaintiff was originally named in the caption of a multi-plaintiff action filed on May 11, 2005, in the Supreme Court of the State of New York for the County of New York, entitled Samuella Cadwell and Albert D. Cadwell, Wilbert E. Corprew, et ux. Carol Corprew, Elsa Plocek, et ux. Marian Plocek, and Ronald H. Schaffer, et ux. Beverly Schaffer v. Pfizer, Inc., Pharmacia Corporation, a wholly-owned subisidiary of Pfizer, Inc., and Pharmacia & Upjoihn Company, a wholly-owned subsidiary of Pharmacia Corporation, and Merck & Co., Index No. 106547/05, as confirmed by Merck's

Acknowledgment of Service, annexed hereto as **Exhibit A.**

4. By Administrative Order dated April 14, 2006, all cases seeking damages for ingestion of Bextra, Celebrex and Vioxx, whether alone or in combination, were assigned to the Hon. Shirley W. Kornreich for the purpose of coordination for all purposes. *See Administrative Order, annexed as last document in Merck's Ex.4., at page 1.*

5. As Merck appears to concede in its moving papers, it did not seek to remove the original complaint during the one-year period after it was filed, nor the separate complaint during the one-year period after it was filed.

6. On its face, the complaint alleges product liability and fraud claims against defendant Merck & Co., as well as Pfizer, Inc., arising out of the plaintiff's ingestion of their respective drugs Vioxx and Celebrex. *Id., at paras. 15-16.* It is clear from the complaint that plaintiff alleged indivisible injury based on the same personal injury risks posed by these two drugs.

7. The complaint alleges that, "starting in or about 1999 and continuing thereafter at various times, injured plaintiff SAMUELLA CADWELL ingested the drugs Vioxx and Celebrex as directed by her physicians and in accordance with the respective manufacturer's instructions." *Complaint, Merck Ex. 1, at para. 15.*

8. The complaint further alleges that, "starting in or about 1999 and continuing thereafter at various times, injured plaintiff ARTHUR D. CADWELL ingested the drugs Vioxx and Celebrex as directed by her physicians and in accordance with the respective manufacturer's instructions."

9. The plaintiffs' prescriptions were for Celebrex at the 200 mg daily dose, as documented in their medical records. *See copies of pharmacy records annexed hereto as **Exhibit B**.*

10. On the face of the original multi-plaintiff complaint and the instant separate action complaint, it is clear plaintiffs did not sue any physician, salesman distributor or fictitious John Doe;

rather, they confirm they sued as co-defendants only the manufacturers of the other Cox-II inhibitor drugs (Celebrex) plaintiffs ingested, manufactured and marketed by Merck's competitor, Pfizer

11. Further, the complaints allege both the plaintiffs and defendant Pfizer are citizens of the State of New York *(Notice of Removal, at para. 5)*, and defendant's removal papers do not in any respect indicate there is any evidence that defendant Pfizer is not a citizen of New York State as alleged in the complaint at the time of filing. Instead, defendant Merck appears to concede diversity of citizenship was not a basis for federal jurisdiction in this case at the time either the original or amended complaint was filed, and claims the Stipulation that discontinued plaintiffs' claims against its co-defendant Pfizer almost three years later was some kind of "tactical avoidance."

12. Merck is or should be fully aware there is ongoing nationwide litigation against the Pfizer defendants, as well as multidistrict litigation, and that on November 19, 2007, the Honorable Charles R. Breyer issued an opinion holding that the "plaintiffs have not presented scientifically reliable evidence that Celebrex causes heart attacks or strokes when ingested at the 200 milligram a day dose." IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION (MDL No. 1699), 524 F. Supp. 2d 1166, 1169, 2007 U.S. Dist. LEXIS 85382 at *40 (N.D.CA 2007).

13. Judge Breyer's order came within days after the Compliance Motion Order entered by Special Master Fern M. Smith cited by Merck, which required expedited compliance with discovery requirements of Case Management Order No. 6 within 21 days. *See Merck's Ex. 4 annexed to the Notice of Removal.* However, it is clear Judge Breyer's decision intervened and had a clear impact on the viability of each plaintiff's claims based on ingestion of Celebrex 200 mg.

14. Indeed, thereafter, Pfizer filed a motion for failure to comply with Judge Smith's expedited order, and it was not until March 5, 2008, that plaintiff's counsel signed the Stipulation of

Dismissal with Prejudice Against Pfizer Defendants. *See Stipulation annexed as Ex. 2 to Notice of Remand.*

15. However, it is significant that, on February 25, 2008, prior to executing the Stipulation, counsel for plaintiff filed a cross-motion for an extension of time based on the fact that "Judge Breyer's decision and the overlapping events...have clearly raised significant issues as to the likelihood of success of each of the plaintiff's claims [based on Celebrex]" which required him to evaluate the individual claims and identify claims that should be discontinued and advise the plaintiffs of the same. *See annexed hereto as* **Exhibit D**, *Attorney Affirmation (without exhibit) in support of cross-motion, at paras. 6-7.*

16. In view of the aforesaid matters confirming there was no fraudulent joinder or tactical avoidance that supports removal beyond the one-year period, it is respectfully requested this Court should DENY the defendant's motion for a stay since the rules provide plaintiff thirty days within which to file a motion to remand, and this Court is the only court that currently has jurisdiction over this case.

17. Moreover, this Court should GRANT the plaintiff's cross-motion to remand this action to the New York State Supreme Court for the County of New York, in the coordinated litigation before Judge Kornreich which will obviate the transfer of this case and be in the interests of judicial economy.

Dated: April 10, 2008
      Binghamton, New York

                                                                       RONALD R. BENJAMIN Fed.Bar No. 101131
                                                                       LAW OFFICE OF RONALD R. BENJAMIN
                                                                       Attorneys for Plaintiff
                                                                       126 Riverside Drive, P. O. Box 607
                                                                       Binghamton, New York 13902
                                                                       607/772-1442

# Exhibit

# A

```
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------X
SAMUELLA D. CADWELL and ALBERT D
CADWELL, WILBERT E. CORPREW, et ux.
CAROL CORPREW, ELSA PLOCEK, et ux.          ACKNOWLEDGMENT OF RECEIPT BY MAIL
MARIAN PLOCEK, and RONALD H. SCHAFFER,      OF SUMMONS AND COMPLAINT
et ux. BEVERLY SCHAFFER,                    Index No.: 106547-05
                                            Date Filed: May 11, 2005
               Plaintiff,

          - against -

PFIZER, INC., PHARMACIA CORPORATION, a
wholly-owned subsidiary of PFIZER INC.,
PHARMACIA & UPJOHN COMPANY, a wholly-
owned subsidiary of PHARMACIA CORPORATION,
and MERCK & CO., INC

                    Defendants.
----------------------------------------X
TO:    Merck & Co., Inc.
       One Merck Drive
       P.O. Box 100 WS3AB-05
       Whitehouse Station, New Jersey 08889-0100
```

I received a summons and complaint in the above captioned matter at _____

Please check one of the following:

1.. [X] I am not in the military service.

2.  [ ] I am in the military service, and my rank, serial number and branch of service are as follows:

    Rank: _____

    Serial Number: _____

    Branch: _____

                    TO BE COMPLETED REGARDLESS OF MILITARY STATUS:

    Date: _____
          (Date this Acknowledgment is executed)

    I affirm the above as true under penalty of perjury.

Signature: _Vilia B Hayes_

Print Name: _VILIA B. HAYES_

Address: _Hughes Hubbard + Reed LLP_
         _One Battery Park Plaza, NY, NY 10004_

Name of Defendant for which acting: _Merck + Co., Inc._

Position with Defendant for which acting (i.e., officer, (attorney) etc.)
_____
                    PLEASE COMPLETE ALL BLANKS INCLUDING DATES

**Exhibit**

**B**

```
12-Feb-05                              P A T I E N T   H I S T O R Y                                   Page   1
                              Date Range: 01/01/99   TO   02/11/05
                              Drug Class Range:              TO

              SAMUELLA      CADWELL                                    ECKERD DRUGS #5088
              583 KENT ST.                                             67-71 ROBINSON STREET
              WINDSOR          NY 13865                                BINGHAMTON    NY 13901
              (607)655-1137                                            License # 015233
              Birthdate: 08/15/43  Sex: F
              Social Security No:

                  Ref.                                              Dispensed  Day              R.Ph.  Third Party             Patient
Date     Rx No.   No.  Drug Name                 Unit NDC             Qty      Sup Doctor Name  Init.  Authorization           Pays
=================================================================================================================================
01/22/99 6954926  00   LIPITOR 10MG TABS         TA   00071-0155-23   30.000   30  Dr.BOYLE     MP     46364380                20.00
01/22/99 6954927  00   PRILOSEC 20MG CAPS*30     CA   61113-0742-31   30.000   30  Dr.BOYLE     MP     46245380                20.00
01/22/99 6954928  00   PREMPRO 2.5MG TAB-28      TA   00046-0875-06   28.000   28  Dr.BOYLE     DS     46784380                20.00
02/16/99 6958144  00   ULTRAM 50MG TAB           TA   00045-0659-70   50.000   12  Dr.BOYLE     DS     47671039                20.00
02/17/99 6958400  00   SMZ-TMP DS TABS           TA   00093-0089-05   20.000   10  Dr.BOYLE     SLB    47367054                 5.00
02/17/99 6958399  00   METRONIDAZOLE 500MG TAB   TA   00172-3007-48   40.000   10  Dr.BOYLE     SLB    47729054                 5.00
02/24/99 6954927  01   PRILOSEC 20MG CAPS*30     CA   61113-0742-31   30.000   30  Dr.BOYLE     AND    47760911                20.00
02/24/99 6954926  01   LIPITOR 10MG TABS         TA   00071-0155-23   30.000   30  Dr.BOYLE     AND    47880911                20.00
02/24/99 6954928  01   PREMPRO 2.5MG TAB-28      TA   00046-0875-06   28.000   28  Dr.BOYLE     AND    47995911                20.00
03/22/99 6941380  01   PREMPRO 2.5MG TAB-28      TA   00046-0875-06   28.000   28  Dr.BOYLE     AND    47901366                20.00
04/05/99 6954927  02   PRILOSEC 20MG CAPS*30     CA   61113-0742-31   30.000   30  Dr.BOYLE     MEC    47610994                20.00
04/05/99 6954926  02   LIPITOR 10MG TABS         TA   00071-0155-23   30.000   30  Dr.BOYLE     MEC    47305994                20.00
04/19/99 6941380  05   PREMPRO 2.5MG TAB-28      TA   00046-0875-06   28.000   28  Dr.BOYLE     DS     47196642                20.00
05/05/99 6941381  04   PRILOSEC 20MG CAPS*30     CA   61113-0742-31   30.000   30  Dr.BOYLE     DS     9912578260001           20.00
05/05/99 6941379  04   LIPITOR 10MG TABS         TA   00071-0155-23   30.000   30  Dr.BOYLE     DS     9912578242001           20.00
05/19/99 6954928  02   PREMPRO 2.5MG TAB-28      TA   00046-0875-06   28.000   28  Dr.BOYLE     AND    9913972707001           20.00
05/25/99 6970587  00   CELEBREX 200MG CAPS       CA   00025-1525-31   30.000   30  Dr.BOYLE     AND                            77.19
06/06/99 6941381  05   PRILOSEC 20MG CAPS        CA   00186-0742-31   30.000   30  Dr.BOYLE     DS     9915771530001           20.00
06/06/99 6941379  05   LIPITOR 10MG TABS         TA   00071-0155-23   30.000   30  Dr.BOYLE     DS     9915789778001           20.00
06/15/99 6973122  00   PREMPRO 2.5MG TAB-28      TA   00046-0875-06   28.000   28  Dr.BOYLE     MP     9916690570001           20.00
06/23/99 3974063  00   HYDROCODONE/APAP 5/500    TA   00406-0357-05   40.000    7  Dr.KAMMERMAN MP     9917460762001            4.46
07/05/99 6975284  00   LIPITOR 10MG TABS         TA   00071-0155-23   30.000   30  Dr.BOYLE     DS     9918679570001           20.00
07/05/99 6975283  00   ELOCON CR                 GM   00085-0567-01   15.000    5  Dr.STUBBS    DS     9918679588001           19.73
07/05/99 6975286  00   PRILOSEC 10MG CAPS        CA   00186-0606-31   30.000   30  Dr.BOYLE     DS     9918697963001           20.00
07/15/99 6975285  00   PREMPRO 2.5MG TAB-28      TA   00046-0875-06   28.000   28  Dr.BOYLE     MP     9919677996001           20.00
08/10/99 6975284  01   LIPITOR 10MG TABS         TA   00071-0155-23   30.000   30  Dr.BOYLE     MEC    9922269319001           20.00
08/10/99 6975286  01   PRILOSEC 10MG CAPS        CA   00186-0606-31   30.000   30  Dr.BOYLE     MEC    9922269308001           20.00
08/10/99 6975285  01   PREMPRO 2.5MG TAB-28      TA   00046-0875-06   28.000   28  Dr.BOYLE     MEC    9922269316001           20.00
09/07/99 6975285  02   PREMPRO 2.5MG TAB-28      TA   00046-0875-06   28.000   28  Dr.BOYLE     MEC    9925070350001           20.00
09/07/99 6975286  02   PRILOSEC 10MG CAPS        CA   00186-0606-31   30.000   30  Dr.BOYLE     MEC    9925062903001           20.00
09/07/99 6975284  02   LIPITOR 10MG TABS         TA   00071-0155-23   30.000   30  Dr.BOYLE     MEC    9925096055001           20.00
10/08/99 6975286  03   PRILOSEC 10MG CAPS        CA   00186-0606-31   30.000   30  Dr.BOYLE     DS     9281256792001           20.00
10/08/99 6975285  03   PREMPRO 2.5MG TAB-28      TA   00046-0875-06   28.000   28  Dr.BOYLE     DS     9281256770001           20.00
10/08/99 6975284  03   LIPITOR 10MG TABS         TA   00071-0155-23   30.000   30  Dr.BOYLE     MEC    9281256802001           20.00
11/09/99 6975286  04   PRILOSEC 10MG CAPS        CA   00186-0606-31   30.000   30  Dr.BOYLE     SL     9313994156001           20.00
11/09/99 6975285  04   PREMPRO 2.5MG TAB-28      TA   00046-0875-06   28.000   28  Dr.BOYLE     SL     9313994154001           20.00
11/09/99 6975284  04   LIPITOR 10MG TABS         TA   00071-0155-23   30.000   30  Dr.BOYLE     SL     9313043935001           20.00
12/03/99 6993097  00   ARTHROTEC 50MG TABS       TA   00025-1411-60   60.000   20  Dr.KAMMERMAN VA     9337541957001           20.00
12/07/99 6975285  05   PREMPRO 2.5MG TAB-28      TA   00046-0875-06   28.000   28  Dr.BOYLE     MEC    9341023523001           20.00
12/07/99 6975284  05   LIPITOR 10MG TABS         TA   00071-0155-23   30.000   30  Dr.BOYLE     MEC    9341223030001           20.00
12/07/99 6975286  05   PRILOSEC 10MG CAPS        CA   00186-0606-31   30.000   30  Dr.BOYLE     MEC    9341324086001           20.00
12/27/99 6995488  00   PRILOSEC 20MG CAP         CA   00186-0742-31   30.000   30  Dr.BOYLE     DS     9361533173001           20.00
12/27/99 6995487  00   VIOXX 12.5MG TAB          TA   00006-0074-68   60.000   30  Dr.BOYLE     MP     9361317860001           20.00
```

**Exhibit**

**C**

```
12 -05                                    P A T I E N T   H I S T O R Y                                                                    Page   1
                    Date Range: 01/01/99  TO  02/11/05
                    Drug Class Range:         TO

       ALBERT        CADWELL                                                              ECKERD DRUGS #5088
       583 KENT ST.                                                                       67-71 ROBINSON STREET
       Windsor      NY 13865                                                              BINGHAMTON    NY 13901
       (607)655-1137                                                                      License # 015233
       Birthdate: 02/28/40  Sex: M
       Social Security No: 061324463
==================================================================================================================================================
              Ref.                                                Dispensed   Day                              R.Ph.  Third Party           Patient
Date    Rx No.   No.  Drug Name                     Unit NDC         Qty     Sup  Doctor Name                  Init.  Authorization         Pays
==================================================================================================================================================
01/13/99 6934706 03   ZOCOR 5MG TAB                 TA  00006-0726-61   30.000   30  Dr.BOYLE                  DS     46815272                20.00
01/13/99 6934707 05   NORVASC 10MG TAB              TA  00069-1540-68   30.000   30  Dr.BOYLE                  DS     46162272                20.00
01/13/99 6934708 05   LOTENSIN 20MG TABS            TA  00083-0079-30   30.000   30  Dr.BOYLE                  DS     46180272                20.00
02/08/99 6957064 00   AMOXICILLIN 500MG CAPS        CA  00093-3109-05   30.000    7  Dr.FARRELL                DS     46059954                 5.00
02/10/99 3957063 00   HYDROCODONE/APAP 10/660       TA  00406-0362-01   15.000    2  Dr.FARRELL                DS     46535954                 5.00
02/10/99 3957063 01   HYDROCODONE/APAP 10/660       TA  00406-0362-01   15.000    2  Dr.FARRELL                MP     46581799                 5.00
02/15/99 6957945 00   NORVASC 10MG TAB              TA  00069-1540-68   30.000   30  Dr.DIMENNA                MP     47164024                20.00
02/15/99 6957946 00   LOTENSIN 20MG TABS            TA  00083-0079-30   30.000   30  Dr.DIMENNA                MP     47266024                20.00
03/04/99 6960488 00   AXID 150MG PULV               CA  00002-3144-60   30.000   15  Dr.Young                  MP     1-1075417                 .00
03/04/99 6960487 00   DELTASONE 20MG TABS           TA  00009-0165-01   30.000   15  Dr.Young                  MP     1-1075422                 .00
03/04/99 6960489 00   DIFLUNISAL 500MG TABS         TA  00093-0755-01   60.000   30  Dr.Young                  MP     1-1075424                 .00
03/12/99 6961525 00   AXID 150MG PULV               CA  00002-3144-60   60.000   30  Dr.BOYLE                  AND                              .00
03/12/99 6961524 00   DIFLUNISAL 500MG TABS         TA  00093-0755-01   60.000   30  Dr.BOYLE                  AND                              .00
03/12/99 6961526 00   PREDNISONE 10MG TABS          TA  00364-0461-02   50.000   21  Dr.BOYLE                  AND                              .00
03/22/99 6957945 01   NORVASC 10MG TAB              TA  00069-1540-68   30.000   30  Dr.DIMENNA                AND    47020366                20.00
04/05/99 6957946 01   LOTENSIN 20MG TABS            TA  00083-0079-30   30.000   30  Dr.DIMENNA                MEC    47075994                20.00
04/14/99 6965462 00   COLESTID 1GM TABS             TA  00009-0450-03   60.000   30  Dr.BOYLE                  DS     47214659                20.00
04/19/99 6961525 01   AXID 150MG PULV               CA  00002-3144-60   60.000   30  Dr.BOYLE                  DS     1-1080096                 .00
04/19/99 6961524 01   DIFLUNISAL 500MG TABS         TA  00093-0755-01   60.000   30  Dr.BOYLE                  AND    1-1080098                 .00
04/26/99 6966979 00   HYDROXYZINE HCL 25MG TB       TA  50111-0308-03   20.000    5  Dr.GIANNONE               MP     9916657600001            2.97
04/26/99 6957945 02   NORVASC 10MG TAB              TA  00069-1540-68   30.000   30  Dr.DIMENNA                MP     9916777560001           20.00
04/29/99 6967410 00   DESOXIMETASONE 0.25% CM       GM  51672-1270-01   30.000    5  Dr.BOYLE                  DS     9919726290001            5.00
04/30/99 6966979 01   HYDROXYZINE HCL 25MG TB       TA  50111-0308-03   20.000    5  Dr.GIANNONE               DS     9912059473001            2.97
05/03/99 6957946 02   LOTENSIN 20MG TABS            TA  00083-0079-30   30.000   30  Dr.DIMENNA                AND    9912399327001           20.00
05/04/99 6966979 02   HYDROXYZINE HCL 25MG TB       TA  50111-0308-03   20.000    5  Dr.GIANNONE               DS     9912474126001            2.97
05/13/99 6969228 00   HYDROXYZINE HCL 25MG TB       TA  50111-0308-03   20.000    5  Dr.GIANNONE               AND    9913399100001            2.97
05/13/99 6967410 01   DESOXIMETASONE 0.25% CM       GM  51672-1270-01   30.000    5  Dr.BOYLE                  AND    9913552770001            5.00
05/20/99 6970002 00   TRICOR 67MG                   CA  00074-4342-90   30.000   30  Dr.DIMENNA                AND    9914075099001           20.00
05/24/99 6957945 03   NORVASC 10MG TAB              TA  00069-1540-68   30.000   30  Dr.DIMENNA                DS     9914477409001           20.00
05/27/99 6957946 03   LOTENSIN 20MG TABS            TA  00083-0079-30   30.000   30  Dr.DIMENNA                MP     9914777770001           20.00
06/16/99 6973154 00   ULTRAM 50MG TAB               TA  00045-0659-70  100.000   25  Dr.BOYLE                  MP     1-1159612                 .00
06/16/99 4973153 00   PROPOXY N 100MG W/APAP        TA  00093-0490-05   60.000   15  Dr.BOYLE                  DS     1-1159605                 .00
06/17/99 6970002 01   TRICOR 67MG                   CA  00074-4342-90   30.000   30  Dr.BOYLE                  DS     9916864390001           20.00
06/18/99 4973468 00   AMBIEN 10MG TABS              TA  00025-5421-31   30.000   30  Dr.BOYLE                  AND    1-1163837                 .00
06/24/99 6957945 04   NORVASC 10MG TAB              TA  00069-1540-68   30.000   30  Dr.DIMENNA                AND    9917573630001           20.00
07/04/99 6957946 04   LOTENSIN 20MG TABS            TA  00083-0079-30   30.000   30  Dr.DIMENNA                MP     9918567315001           20.00
07/04/99 4973153 01   PROPOXY N 100MG W/APAP        TA  00093-0490-05   60.000   15  Dr.DIMENNA                MP     1-1188271                 .00
07/15/99 6976509 00   TRICOR 67MG                   CA  00074-4342-90   30.000   30  Dr.BOYLE                  MP     9919671922001           20.00
07/19/99 4973468 01   AMBIEN 10MG TABS              TA  00025-5421-31   30.000   30  Dr.BOYLE                  JT     1-1209926                 .00
07/19/99 6973154 01   ULTRAM 50MG TAB               TA  00045-0659-70  100.000   25  Dr.BOYLE                  JT     1-1209928                 .00
07/19/99 4973153 02   PROPOXY N 100MG W/APAP        TA  00093-0490-05   60.000   15  Dr.DIMENNA                JT     1-1209921                 .00
07/25/99 6957945 05   NORVASC 10MG TAB              TA  00069-1540-68   30.000   30  Dr.DIMENNA                MP     9920672600001           20.00
07/26/99 6957946 05   LOTENSIN 20MG TABS            TA  00083-0079-30   30.000   30  Dr.DIMENNA                DS     9920750609001           20.00
```

```
                                        P A T I E N T   H I S T O R Y                                                      Page    2
                              Date Range: 01/01/99            TO  02/11/05
12.                           Drug Class Range:               TO
05

08/09/99 4979222 00 DARVOCET-N-100 TABS    TA 00002-0363-02  30.000   8 Dr.FEDEROWICZ MEC 1-1245599         .00
08/15/99 4973153 03 PROPOXY N 100MG W/APAP TA 00093-0490-05  60.000  15 Dr.BOYLE      DLH 1-1253875         .00
08/15/99 6976509 01 TRICOR 67MG            CA 00074-4342-90  60.000  30 Dr.BOYLE      DLH 99227924730001  20.00
08/21/99 4973468 02 AMBIEN 10MG TABS       TA 00025-5421-31  30.000  30 Dr.BOYLE      MP  1-1267383         .00
08/21/99 4979222 01 DARVOCET-N-100 TABS    TA 00002-0363-02  30.000   8 Dr.FEDEROWICZ MEC 1-1265512         .00
08/21/99 6973154 02 ULTRAM 50MG TAB        TA 00045-0659-70 100.000  25 Dr.BOYLE      MEC 1-1265527         .00
08/24/99 6957945 06 NORVASC 10MG TAB       TA 00069-1540-68  30.000  30 Dr.DIMENNA    DS  99236746440001  20.00
08/30/99 4979222 02 DARVOCET-N-100 TABS    TA 00002-0363-02  30.000   8 Dr.FEDEROWICZ MEC 1-1279032         .00
08/30/99 6957946 06 LOTENSIN 20MG TABS     TA 00083-0079-30  30.000  30 Dr.DIMENNA    MEC 99242551750001  20.00
09/09/99 4981970 00 DARVOCET-N-100 TABS    TA 00002-0363-02  60.000  15 Dr.BOYLE      DS  1-1298505         .00
09/15/99 6983592 00 TRICOR 67MG            CA 00074-4342-90  60.000  30 Dr.BOYLE      MP  99258860460001  20.00
09/21/99 4982445 00 AMBIEN 10MG TABS       TA 00025-5421-31  30.000  30 Dr.BOYLE      MEC 1-1319680         .00
09/21/99 6957945 07 NORVASC 10MG TAB       TA 00069-1540-68  30.000  30 Dr.DIMENNA    MEC 99264732980001  20.00
09/27/99 6973154 03 ULTRAM 50MG TAB        TA 00045-0659-70 100.000  25 Dr.BOYLE      MEC 1-1330612         .00
09/27/99 4981970 01 DARVOCET-N-100 TABS    TA 00002-0363-02  60.000  15 Dr.DIMENNA    MEC 1-1330611         .00
10/04/99 6957946 07 LOTENSIN 20MG TABS     TA 00083-0079-30  30.000  30 Dr.DIMENNA    DLH 92772726770001  20.00
10/14/99 4981970 02 DARVOCET-N-100 TABS    TA 00002-0363-02  60.000  15 Dr.BOYLE      DS  1-1368280         .00
10/14/99 6987071 00 TRICOR 200MG CAPS      GM 50458-0221-30  30.000  30 Dr.BOYLE      DS  92872377060001  20.00

10/21/99 6957945 08 NORVASC 10MG TAB       TA 00069-1540-68  30.000  30 Dr.DIMENNA    MEC 92942165790001  20.00
10/21/99 4982445 01 AMBIEN 10MG TABS       TA 00025-5421-31 120.000  30 Dr.BOYLE      MEC 1-1384297         .00
10/30/99 4987655 00 DARVOCET-N-100 TABS    TA 00002-0363-02  30.000 120 Dr.DIMENNA    DS  1-1405768         .00
10/31/99 6957946 08 LOTENSIN 20MG TABS     TA 00083-0079-30  30.000  30 Dr.DIMENNA    DS  93046855240001  20.00
11/16/99 6987656 00 ULTRAM 50MG TAB        TA 00045-0659-70 120.000  30 Dr.BOYLE      MP  1-1443562         20.00
11/16/99 6987071 01 TRICOR 200MG CAPS      CA 00074-6415-90  30.000  30 Dr.BOYLE      MP  93202130680001  20.00
11/21/99 4982445 02 AMBIEN 10MG TABS       TA 00025-5421-31  30.000  30 Dr.BOYLE      DS  1-1455983         20.00
11/21/99 6957945 09 NORVASC 10MG TAB       TA 00069-1540-68  30.000  30 Dr.BOYLE      DS  93255931050001  20.00
11/24/99 6992013 00 NIZORAL CR             CA 00074-6415-90  30.000  10 Dr.BOYLE      VA  93283777500001  20.00

11/24/99 6992012 00 CELEBREX 200MG CAPS    CA 00025-1525-31  30.000  30 Dr.BOYLE      VA  1-1463931          .00
11/30/99 4987655 01 DARVOCET-N-100 TABS    TA 00002-0363-02 120.000  30 Dr.BOYLE      DS  1-1474541          .00
11/30/99 6957946 09 LOTENSIN 20MG TABS     TA 00083-0079-30  30.000  30 Dr.DIMENNA    DS  93340563120001  20.00
12/16/99 4982445 03 AMBIEN 10MG TABS       TA 00025-5421-31  30.000  30 Dr.BOYLE      DS  1-1516854          .00
12/16/99 6957945 10 NORVASC 10MG TAB       TA 00069-1540-68 120.000  30 Dr.DIMENNA    DS  9350382980001   20.00
12/28/99 6996096 00 VIOXX 25MG TAB         TA 00006-0110-68 120.000  30 Dr.DIMENNA    VA  1-1443562        82.49
12/30/99 6996096 01 VIOXX 25MG TAB         TA 00006-0110-68  30.000  30 Dr.DIMENNA    DS  1-1551995          .00
01/02/00 6987071 02 TRICOR 200MG CAPS      CA 00074-6415-90  30.000  30 Dr.BOYLE      MP  0003315709999   10.00
01/02/00 6957946 10 LOTENSIN 20MG TABS     TA 00083-0079-30  30.000  30 Dr.BOYLE      MP  0003352803699   10.00
01/02/00 4987655 02 DARVOCET-N-100 TABS    TA 00002-0363-02 120.000  30 Dr.DIMENNA    DS  1-1553405          .00
01/16/00 4982445 04 AMBIEN 10MG TABS       TA 00025-5421-31  30.000  30 Dr.BOYLE      RAS 1-1591004          .00
01/19/00 6957945 11 NORVASC 10MG TAB       TA 00069-1540-68  30.000  30 Dr.DIMENNA    SLB 00216377607999  10.00
01/20/00 6999222 00 NITROQUICK 0.4MG(4X25)TB TA 58177-0324-18 25.000  5 Dr.DIMENNA    VA  00205261805999   5.00
01/27/00 6996096 02 VIOXX 25MG TAB         TA 00006-0110-68  30.000  30 Dr.DIMENNA    DS  1-1620399          .00
01/27/00 6999224 00 LOTENSIN 20MG TABS     TA 00083-0079-30  30.000  30 Dr.DIMENNA    MP  00273277594999  10.00
02/01/00 6987071 03 TRICOR 200MG CAPS      CA 00074-6415-90 100.000  25 Dr.BOYLE      MP  00323440364999  10.00
02/02/00 4000843 00 DARVOCET-N-100 TABS    TA 00002-0363-02  30.000  25 Dr.BOYLE      DS  1-1638746          .00
02/16/00 4002531 00 AMBIEN 10MG TABS       TA 00025-5421-31  30.000  30 Dr.DIMENNA    DS  1-1682646          .00
02/17/00 6999223 00 NORVASC 10MG TAB       TA 00069-1540-68  30.000  30 Dr.BOYLE      DS  00498742679999  10.00
02/27/00 6996096 03 VIOXX 25MG TAB         TA 00006-0110-68  30.000  30 Dr.BOYLE      RAS 1-1704442          .00
02/27/00 6999224 01 LOTENSIN 20MG TABS     TA 00083-0079-30  30.000  30 Dr.DIMENNA    RAS 00583335001999  10.00
02/27/00 4000843 01 DARVOCET-N-100 TABS    TA 00002-0363-02 100.000  25 Dr.BOYLE      RAS 1-1704441          .00
03/07/00 6005074 00 TRICOR 200MG CAPS      CA 00074-6415-90  30.000  30 Dr.BOYLE      RAS 00676425881999  10.00
03/14/00 4002531 01 AMBIEN 10MG TABS       TA 00025-5421-31  30.000  30 Dr.BOYLE      DS  1-1749292          .00
03/21/00 6999223 01 NORVASC 10MG TAB       TA 00069-1540-68  30.000  30 Dr.DIMENNA    DS  00813049349999  10.00
```

```
                                    P A T I E N T   H I S T O R Y                                                      Page    6
                              ==========================================

                 Date Range: 01/01/99  TO  02/11/05
                 Drug Class Range:     TO

12.      05

12/02/03 6165375 02 TRICOR 160MG TAB          TA 00074-4013-90  30.000   30 Dr.BOYLE      NG  03107040122693    20.00
12/02/03 6162058 02 VIAGRA 50MG TAB           TA 00069-4210-30   4.000   30 Dr.BOYLE      NG  03107040121790    20.00
12/02/03 6165378 02 COLESTID 1GM TABS         TA 00009-0450-03 120.000   30 Dr.BOYLE      NG  03107048070778    20.00
12/02/03 4162056 02 DARVOCET-N-100 TABS       TA 00002-0363-02 180.000   30 Dr.BOYLE      NG  1-1023416           .00
12/10/03 4171096 01 AMBIEN 10MG TABS          TA 00024-5421-31  30.000   30 Dr.BOYLE      MEC 1-1085918          5.00
12/23/03 6176749 00 CIPROFLOXACIN 500MG TAB   TA 00555-0815-02  60.000   30 Dr.BOYLE      NG  03107221974542    20.00
01/01/04 6162058 03 VIAGRA 50MG TAB           TA 00069-4210-30   4.000   30 Dr.BOYLE      DS  04107296790437    20.00
01/01/04 6165375 03 TRICOR 160MG TAB          TA 00074-4013-90  30.000   30 Dr.BOYLE      DS  04107296791490    20.00
01/02/04 4162056 03 DARVOCET-N-100 TABS       TA 00002-0363-02 180.000   30 Dr.BOYLE      MP  1-1252836           .00
01/09/04 6165378 03 COLESTID 1GM TABS         TA 00009-0450-03 120.000   30 Dr.BOYLE      DS  04107365584892    20.00
01/09/04 4171096 02 AMBIEN 10MG TABS          TA 00024-5421-31  30.000   30 Dr.BOYLE      DS  1-1313195           .00
02/04/04 6165375 04 TRICOR 160MG TAB          TA 00074-4013-90  30.000   30 Dr.BOYLE      DS  04107592209098    20.00
02/04/04 6165378 04 COLESTID 1GM TABS         TA 00009-0450-03 120.000   30 Dr.BOYLE      DS  04107592211782    20.00
02/04/04 6162058 04 VIAGRA 50MG TAB           TA 00069-4210-30   4.000   30 Dr.BOYLE      DS  04107592207350    20.00
02/11/04 4162056 04 DARVOCET-N-100 TABS       TA 00002-0363-02 180.000   30 Dr.BOYLE      MP  1-1584558           .00
02/11/04 4171096 03 AMBIEN 10MG TABS          TA 00024-5421-31  30.000   30 Dr.BOYLE      MP  1-1584605           .00
03/03/04 6165375 05 TRICOR 160MG TAB          TA 00074-4013-90  30.000   30 Dr.BOYLE      NG  04107832185062    20.00
03/10/04 4171096 04 AMBIEN 10MG TABS          TA 00024-5421-31  30.000   30 Dr.BOYLE      MP  1-1807390           .00
03/10/04 6165378 05 COLESTID 1GM TABS         TA 00009-0450-03 120.000   30 Dr.BOYLE      DS  04107893510457    20.00
03/12/04 4186337 00 DARVOCET-N-100 TABS       TA 00002-0363-02 120.000   30 Dr.BOYLE      NG  30000003591674      .00
03/31/04 6182807 00 TRICOR 160MG TAB          TA 00074-4013-90  30.000   30 Dr.BOYLE      MP  04108076023725    20.00
04/14/04 6162058 05 VIAGRA 50MG TAB           TA 00069-4210-30   4.000   30 Dr.BOYLE      DS  04108194830182    20.00
04/14/04 4162056 05 DARVOCET-N-100 TABS       TA 00002-0363-02 120.000   30 Dr.BOYLE      DS  04108194846460    20.00
04/14/04 4171096 05 AMBIEN 10MG TABS          TA 00024-5421-31  30.000   30 Dr.BOYLE      DS  1-2080560           .00
04/14/04 4186337 01 DARVOCET-N-100 TABS       TA 00002-0363-02 120.000   30 Dr.BOYLE      DS  30000003906722      .00
05/04/04 6182807 01 TRICOR 160MG TAB          TA 00074-4013-90  30.000   30 Dr.BOYLE      DS  04108367414825    20.00
05/11/04 4186337 02 DARVOCET-N-100 TABS       TA 00002-0363-02 120.000   30 Dr.BOYLE      DS  30000004137591      .00
05/11/04 6162058 06 VIAGRA 50MG TAB           TA 00069-4210-30   4.000   30 Dr.BOYLE      DS  04108429205170    20.00
05/19/04 4194929 00 AMBIEN 10MG TABS          TA 00024-5421-31  30.000   30 Dr.BOYLE      DS  1-2362926           .00
05/25/04 6182808 01 COLESTID 1GM TABS         TA 00009-0450-03 120.000   30 Dr.BOYLE      DS  04108549222220    20.00
06/01/04 6182807 02 TRICOR 160MG TAB          TA 00074-4013-90  30.000   30 Dr.BOYLE      DS  04108611389267    20.00
07/01/04 4200271 00 DARVOCET-N-100 TABS       TA 00002-0363-02 120.000   30 Dr.BOYLE      MP  30000004575604    20.00
07/01/04 6182808 02 COLESTID 1GM TABS         TA 00009-0450-03 120.000   30 Dr.BOYLE      DS  04108868442093    20.00
07/01/04 6182807 03 TRICOR 160MG TAB          TA 00074-4013-90  30.000   30 Dr.BOYLE      MP  04108868441892    20.00
07/01/04 4186337 03 DARVOCET-N-100 TABS       TA 00002-0363-02 120.000   30 Dr.BOYLE      DS  30000004569525      .00
07/27/04 6182807 04 TRICOR 160MG TAB          TA 00074-4013-90  30.000   30 Dr.BOYLE      MP  04109093082975    20.00
07/27/04 6162058 07 VIAGRA 50MG TAB           TA 00069-4210-30   4.000   30 Dr.BOYLE      NG  04109093083109    20.00
08/03/04 4204051 00 AMBIEN 10MG TABS          TA 00024-5421-31  30.000   30 Dr.Shamim     DS  30000004849982      .00
08/03/04 6182808 03 COLESTID 1GM TABS         TA 00009-0450-03 120.000   30 Dr.BOYLE      DS  04109153588351    20.00
08/03/04 4186337 04 DARVOCET-N-100 TABS       TA 00002-0363-02 120.000   30 Dr.BOYLE      DS  30000004848697      .00
08/30/04 6182807 05 TRICOR 160MG TAB          TA 00074-4013-90  30.000   30 Dr.BOYLE      NG  04109386833929    20.00
09/14/04 6182808 04 COLESTID 1GM TABS         TA 00009-0450-03 120.000   30 Dr.BOYLE      DS  04109516877354    20.00
09/14/04 4204051 01 AMBIEN 10MG TABS          TA 00024-5421-31  30.000   30 Dr.Shamim     DS  30000005210155      .00
09/14/04 6182809 00 VIAGRA 50MG TAB           TA 00069-4210-30   4.000   20 Dr.BOYLE      MP  04109516879848    20.00
09/16/04 4209206 00 DARVOCET-N-100 TABS       TA 00002-0363-02 180.000   30 Dr.BOYLE      NG  30000005235629      .00
09/27/04 6210694 00 TRICOR 160MG TAB          TA 00074-4013-90  30.000   30 Dr.BOYLE      DS  04109631011954    20.00
10/26/04 4204051 01 AMBIEN 10MG TABS          TA 00024-5421-31  30.000   30 Dr.Shamim     DS  30000004849982      .00
10/26/04 6210694 01 TRICOR 160MG TAB          TA 00074-4013-90  30.000   30 Dr.BOYLE      DS  04109879978753    20.00
10/26/04 4214642 00 AMBIEN 10MG TABS          TA 00024-5421-31  30.000   30 Dr.BOYLE      MP  30000005617617      .00
11/10/04 6182808 05 COLESTID 1GM TABS         TA 00009-0450-03 120.000   30 Dr.BOYLE      DS  04110009484332    20.00
11/24/04 6218403 00 CELEBREX 200MG CAPS       CA 00025-1525-31  60.000   30 Dr.FEDEROWICZ DS  30000005881963      .00
11/24/04 4214642 01 AMBIEN 10MG TABS          TA 00024-5421-31  30.000   30 Dr.BOYLE      NG  30000005879123      .00
11/24/04 6210694 02 TRICOR 160MG TAB          TA 00074-4013-90  30.000   30 Dr.BOYLE      NG  04110131447495    20.00
12/07/04 4209206 02 DARVOCET-N-100 TABS       TA 00002-0363-02 180.000   30 Dr.BOYLE      MP  30000005987066      .00
```

```
                            P A T I E N T   H I S T O R Y                                              Page  7
                            ===============================================
12-     .05                 Date Range: 01/01/99   TO  02/11/05
                            Drug Class Range:      TO

12/27/04 6222368 00  COLESTID 1GM TABS       TA 00009-0450-03 120.000 30 Dr.BOYLE       DS 04110425487089   20.00
12/30/04 6222910 00  TRICOR 145MG TABS       TA 00074-6123-90  30.000 30 Dr.BOYLE       NG 04110442483867   20.00
12/30/04 4214642 02  AMBIEN 10MG TABS        TA 00024-5421-31  30.000 30 Dr.BOYLE       NG 30000006184038     .00
01/16/05 4209206 03  DARVOCET-N-100 TABS     TA 00002-0363-02 180.000 30 Dr.BOYLE       MP 30000006346703     .00
01/30/05 6222368 01  COLESTID 1GM TABS       TA 00009-0450-03 120.000 30 Dr.BOYLE       MP 05110709985879   20.00
01/30/05 4214642 03  AMBIEN 10MG TABS        TA 00024-5421-31  30.000 30 Dr.BOYLE       MP 30000006449399     .00
01/30/05 6222910 01  TRICOR 145MG TABS       TA 00074-6123-90  30.000 30 Dr.BOYLE       MP 05110710017709   20.00
02/01/05 6218403 01  CELEBREX 200MG CAPS     CA 00025-1525-31  60.000 30 Dr.FEDBROWICZ  DS 30000006467615     .00
                                                                                                        _____
                                                                                        Total Patient Pays: $2,034.37
```

I hereby certify that these drugs and medicines were dispensed to the above named person(s) by order of his (or her) personal physician.

Date: 12-Feb-05        Pharmacist Signature: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
SAMUELLA CADWELL and ALBERT D. CADWELL,

                        Plaintiffs,

-vs-                                                  Case No. 08-Civ-3068

MERCK & CO., INC.,

                        Defendant.
-----------------------------------------------------------------

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO STAY PENDING A DECISION ON TRANSFER BY THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION, AND IN SUPPORT OF THE CROSS-MOTION PURSUANT TO 28 U.S.C. 1447(c) TO REMAND THE INSTANT CASE TO THE NEW YORK STATE SUPREME COURT, NEW YORK COUNTYFROM WHICH IT WAS REMOVED**

      This memorandum of law is submitted in opposition to defendant Merk & Co.'s motion to stay all proceedings pending a decision by the Judicial Panel on Multi-District Litigation, and further supports plaintiffs' cross- motion to remand this action pursuant to 28 U.S.C. 1447(c) back to the New York State Supreme Court for the County of New York from which it was improperly removed by defendant Merck & Co., Inc., on the grounds of alleged fraudulent joinder. Each plaintiff respectfully submits that, because the removal to this Court is based solely on diversity jurisdiction, the cross-motion is dispositive as to the Court's lack of jurisdiction, and, therefore, it is proper to consider and grant this cross-motion despite the removing defendant's intention to seek transfer to multi-district litigation regarding its product.

**STATEMENT OF FACTS**

      Each plaintiff was originally named in the caption of a multi-plaintiff action filed on May 11, 2005, in the Supreme Court of the State of New York for the County of New York, entitled Samuella Cadwell and Albert D. Cadwell, Wilbert E. Corprew, et ux. Carol Corprew, Elsa Plocek, et ux. Marian Plocek,

and Ronald H. Schaffer, et ux. Beverly Schaffer v. Pfizer, Inc., Pharmacia Corporation, a wholly-owned subisidiary of Pfizer, Inc., and Pharmacia & Upjoihn Company, a wholly-owned subsidiary of Pharmacia Corporation, and Merck & Co., Index No. 106547/05,

as confirmed by Merck's Acknowledgment of Service. *See Exhibit A to Attorney Affirmation of Ronald R. Benjamin ("Benjamin Aff.").* By Administrative Order dated April 14, 2006, all cases seeking damages for ingestion of Bextra, Celebrex and Vioxx, whether alone or in combination, were assigned to the Hon. Shirley W. Kornreich for the purpose of coordination for all purposes. *See Administrative Order, annexed as last document in Merck's Ex.4., at page 1.* Thereafter, plaintiffs in multi-plaintiff complaint captions were required to file separate actions, and plaintiffs commenced a separate action by filing of the complaint with the New York Supreme Court for the County of New York on August 11, 2006. *See Complaint annexed as Exhibit 1 to Notice of Removal* As Merck appears to concede in its moving papers, it did not seek to remove the original complaint on fraudulent joinder grounds during the one-year period after it was filed, nor the separate complaint for the one-year period after it was filed.

On its face, the complaint alleges product liability and fraud claims against defendant Merck & Co., as well as Pfizer, Inc., arising out of the each plaintiff's ingestion of their respective drugs Vioxx and Celebrex. *Id., at paras. 15-16.* It is clear from the complaint that each plaintiff alleged indivisible injury based on the same personal injury risks posed by these two drugs. Defendant Merck has been provided with signed authorizations permitting it to obtain each plaintiff's pharmaceutical records, and has not supported its motion with any evidence each plaintiff did not, in fact, ingest Pfizer's drug as well as Merck's.

On the face of the original multi-plaintiff complaint and the instant complaint, it is clear each plaintiff did not sue any physician, salesman distributor or fictitious John Doe; rather, they confirm she sued only the manufacturers of the two Cox-II inhibitor drugs she ingested, one of which was

manufactured and marketed by Merck's competitor, Pfizer  The complaint alleged both the plaintiffs and defendant Pfizer are citizens of the State of New York, inasmuch as they both reside in the State of New York *(Notice of Removal, at para. 5),* and defendant's removal papers do not in any respect indicate there is any evidence that defendant Pfizer is not a citizen of New York State as alleged in the complaint at the time of filing. Instead, defendant Merck appears to concede that, absent the alleged fraudulent joinder, diversity of citizenship was not a basis for federal jurisdiction in this case at the time it was filed.

Plaintiffs turn to the facts alleged that provide the basis for the claims against Pfizer. The complaint alleges that each of the plaintiffs ingested both the drug Celebrex and the drug Vioxx. *Merck Ex. 1, Complaint, at paras. 15-16.* The ingestion of Celebrex at the 200 mg daily dose in 1999 to 2000 is documented in medical records. *See Ex. B to Benjamin Aff.*

Merck is fully aware there is ongoing nationwide litigation against the Pfizer defendants, as well as multidistrict litigation, and that on November 19, 2007, the Honorable Charles R. Breyer issued an opinion holding that the "plaintiffs have not presented scientifically reliable evidence that Celebrex causes heart attacks or strokes when ingested at the 200 milligram a day dose." IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION (MDL No. 1699), 524 F. Supp. 2d 1166, 1169, 2007 U.S. Dist. LEXIS 85382 at *40 (N.D.CA 2007).

Judge Breyer's order came within days after the Compliance Motion Order entered by Special Master Fern M. Smith, which required expedited compliance with discovery requirements of Case Management Order No. 6 within 21 days. *See Merck's Ex. 4 annexed to the Notice of Removal.* However, Judge Breyer's decision intervened and clearly impacted the viability of the each plaintiff's claims based on her ingestion of Celebrex. Indeed, thereafter, Pfizer filed a motion for failure to comply with Judge Smith's expedited order. On February 25, 2008, counsel for plaintiffs filed a

cross-motion for an extension of time based on the fact that "Judge Breyer's decision and the overlapping events...have clearly raised significant issues as to the likelihood of success of each of the plaintiff's claims [based on Celebrex]" which required him to evaluate the individual claims and identify claims that should be discontinued and advise the plaintiffs of the same. *See Ex. C to Benjamin Aff., Attorney Affirmation, at paras. 6-7.* Thereafter, on March 5, 2008, plaintiff's counsel signed the Stipulation of Dismissal with Prejudice Against Pfizer Defendants. *See Ex. 2 to Notice of Remand.*

### ARGUMENT

**The Removing Defendant Has Failed to Meet its Burden to Show Entitlement to Removal Based on the Matters Alleged with Regard to Purported Fraudulent Joinder With Respect to the Claims Against Pfizer Within the First Year After the Complaint Was Filed, And Is Not Entitled to a Stay and Granting the Cross-Motion to Remand Would Properly Divest the Federal Courts of Jurisdiction to Transfer to the MDL.**

Defendant Merck concedes its notice of removal does not meet the time limitations in the rules, and seeks to place the blame for the same on the plaintiffs. In this case, removal has occurred a almost three years after the complaint was filed. In response, plaintiffs respectfully submit that, as the removing party, defendant Merck has "the burden of establishing that Pfizer is a nominal party and any doubts are to be resolved in favor of remand", since its notice of removal is tantamount to a claim that Pfizer was "joined for the sole purpose of destroying diversity." Marun Fashion and Sportswear, Inc., v. The Gillman Knitwear Co., 1992 U.S. Dist. LEXIS 6298, at *1-2 (SDNY May 4, 1992). Indeed, it is respectfully submitted the law is well settled that:

> "Removal statutes are construed narrowly and all uncertainties are resolved in favor of remand in order to promote the goals of federalism, restrict federal court jurisdiction, and support the plaintiff's right to choose the forum." *Curtin v. Port Auth. of New York,* 183 F. Supp. 2d 664, 667 (S.D.N.Y. 2002); accord *Somlyo v. J. Lu-Rob Enter., Inc.,* 932 F.2d

*1043, 1045-46 (2d Cir. 1991); Stamm v. Barclays Bank, 1996 U.S. Dist. LEXIS 15781, No. 96 Civ. 5158 (SAS), 1996 WL 614087, at \*1 (S.D.N.Y. Oct. 24, 1996);* see *Gilman v. BHC Sec., Inc., 104 F.3d 1418, 1428 (2d Cir. 1997).* The removing party has the burden of demonstrating that federal jurisdiction exists. *Grimo v. Blue Cross/Blue Shield, 34 F.3d 148, 151 (2d Cir. 1994); Curtin, 183 F. Supp. 2d at 667.*

Rubin v. Mastercard International, LLC, 2004 U.S. Dist. LEXIS 20528, at *3 (SDNY Oct. 14, 2004).

Removing defendant Merck has failed to demonstrate that each plaintiff has not pled a cause of action against Pfizer. Merck, as the removing defendant, has not adduced any facts showing the medical literature raised no concerns as to the cardiovascular risks of Vioxx and Celebrex prior to each plaintiff's ingestion thereof. The safety and risks of Vioxx and Celebrex, which are selective cyclooxygenase 2 (COX-2) inhibitors, has been a matter of debate and ongoing study throughout the instant litigation. This is clearly confirmed by Judge Breyer's *Daubert* decision issued November 19, 2007.

In this case, the reason that Pfizer was stipulated out of the case was the ruling on expert testimony concerning 200 mg dose of Celebrex. Plaintiffs' complaint against Pfizer and Merck has been pending for almost three years, which, each plaintiff submits, supports remand in that more than a full year passed after plaintiffs filed the action./*[1] The length of time these product liability claims have been pending evinces there was no fraudulent joinder or tactical avoidance despite the evolution of the litigation and the later events caused by Judge Breyer's decision.

Finally, plaintiffs respectfully submit this Court should grant the instant motion for remand particularly in light of the possible transfer to the Vioxx MDL No. 1657 as suggested by defendant Merck in its motion, since "judicial efficiency and economy are better served by this Court considering, ***before the case is transferred to the MDL Court***, the Motion to Remand." Barragan v. Warner-

---

[1]*/Because these plaintiffs were the first plaintiffs named in the caption of the complaint, they retained the index number for that action, and, unlike the other plaintiffs in the caption, did not file a separate and second action since the same was unnecessary.

-5-

Lambert Co., 216 F.Supp.2d 627,630, 2002 U.S.Dist. LEXIS 16443, at *5 (WD Tex. 2002) [emphasis added]. "This Court, as transferor Court, retains exclusive jurisdiction until the § 1407 transfer becomes effective and as such, motions to remand should be resolved before the panel acts on the motion to transfer." *Tortola Restaurants, L.P. v. Kimberly-Clark Corp., 987 F. Supp. 1186, 1189 (N.D.Cal. 1997)*. There is a clear indication in the Judicial Panel's Rules of Procedure that:

> ... the pendency of a motion, order to show cause, conditional transfer order or conditional remand order before the Panel concerning transfer or remand of an action pursuant to *28 U.S.C. §1407* does not affect or suspend orders and pretrial proceedings in the district court in which the action is pending and does not in any way limit the pretrial jurisdiction of that court.

*R. P. JPML 1.5* (2001). Moreover:

> When notified of the filing of a motion for transfer, therefore, matters such as motions to dismiss or to remand, raising issues unique to the particular case, may be particularly appropriate for resolution before the Panel acts on the motion to transfer. The Panel has sometimes delayed ruling on transfer to permit the court in which the case is pending to decide critical, fully briefed and argued motions.

*Manual for Complex Litigation*, § 20.132, at 220-221 (4th Ed.) (emphasis added).

## CONCLUSION

In view of the aforesaid matters, it is respectfully requested that the defendant's motion for a stay of these proceeding should be DENIED, and plaintiff's cross-motion to remand this action to the New York State Court in New York should be GRANTED.

Dated: April 10, 2008
       Binghamton, New York

_____
RONALD R. BENJAMIN  Fed. Bar No. 101131.
LAW OFFICES OF RONALD R. BENJAMIN
Attorneys for Plaintiff
126 Riverside Drive, P. O. Box 607
Binghamton, New York 13902
607/772-1442